**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY OF SAN BUENAVENTURA, | ) | Case No.:  CV 09-9098 DSF (CWx) |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | ) | JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

The arguments having been presented and fully considered, and Defendant's motion for summary judgment having been granted,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that its claims be dismissed on their merits and with prejudice, and that Defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____      10/6/10      _____
                                                                    Dale S. Fischer
                                                        United States District Judge